

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com
T  212.335.4500
F  212.335.4501

January 12, 2023

**VIA ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:    *Henry Tucker v. Tracy Anderson Mind and Body, LLC*,
       *Case No. 1:22-cv-08403-JPC*

Dear Judge Cronan:

We represent the Defendant Tracy Anderson Mind and Body, LLC ("Defendant") in the above-referenced matter.  We write jointly with Plaintiff's counsel and are pleased to inform the Court that the parties have reached a settlement, in principle, in connection with this matter.  The parties are in the process of negotiating the terms of a settlement agreement and intend to file a Stipulation of Dismissal after the terms of same have been finalized.

In view of the parties' settlement, we respectfully request that the Court adjourn all pending dates and deadlines, including, without limitation, the deadline for Defendant to answer, move or otherwise respond to the complaint.

We thank the Court for its consideration of this matter and will certainly make ourselves available should the Court have any questions regarding this request.

Respectfully submitted,

*Cherelle Glimp*

Cherelle Glimp

The request is granted.  This case is stayed.  All pending deadlines and hearings are adjourned *sine die*.  If the parties have not submitted a stipulation of dismissal by February 17, 2023, they shall file a status letter by that date.

SO ORDERED.
Date:  January 17, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge