UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiff,

v.

TRACY ANDERSON MIND AND BODY, LLC,

Defendants.

Case No. 1:22-cv-08403-JPC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff HENRY TUCKER, by and through Plaintiff's undersigned counsel and Defendant, TRACY ANDERSON MIND AND BODY, LLC, by and through Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE against all parties. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       March 15, 2023

**THE MARKS LAW FIRM, P.C.**

By_____
Bradly G. Marks, Esq.
155 East 55th, Suite 4H
New York, NY 10022
*Attorneys for Plaintiff*

**DLA PIPER US LLP**

By_____
Cherelle Iman Glimp, Esq.
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
*Attorneys for Defendant*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. *Accord* Fed. R. Civ. P. 41(a)(2) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: March 20, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge